United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41319
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GASPAR MONZON-SALAZAR,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:02-CR-16-1
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Gaspar

Monzon-Salazar (Monzon) on appeal has requested leave to withdraw

and has filed a brief as required by <u>Anders v. California</u>, 386

U.S. 738 (1967).  Monzon has received a copy of counsel's motion

but has not filed a response.  Our independent review of the

brief and the record discloses no nonfrivolous issues for appeal.

Counsel's motion for leave to withdraw is GRANTED, counsel is

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

excused from further responsibilities, and the appeal is

DISMISSED.  See 5TH CIR. R. 42.2.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.